PER CURIAM.
Affirmed. See State v. Mancino, 705 So.2d 1379 (Fla. 1998); Long v. State, 529 So.2d 286 (Fla. 1988); Hughes v. State, 22 So.3d 132 (Fla. 2d DCA 2009); Vonador v. State, 915 So.2d 1231 (Fla. 2d DCA 2005); Brown v. State, 827 So.2d 1054 (Fla. 2d DCA 2002); Haynes v. State, 106 So.3d 481 (Fla. 5th DCA 2013); Sanchez v. State, 979 So.2d 1004 (Fla. 3d DCA 2008); Labadie v. State, 840 So.2d 332 (Fla. 5th DCA 2003).
NORTHCUTT, KHOUZAM, and LUCAS, JJ., Concur.